STATE OF NEW JERSEY v. JAMES L. LIPSCOMB, JR.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND SPRUILL.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOYCE DALLMER.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ARCELOUIS PHILLIPS.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JASPER WOODLEY, JR.

November 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY WYSOWATY.

November 16, 1976. Petition for certification denied.